Todd M. Friedman, Esq. (Bar No. 310961)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY WARSHAUER,<br><br>Plaintiff,<br><br>vs.<br><br>FACTUAL DATA, INC.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX<br>INFORMATION SERVICES,<br>LLC; TRANS UNION LLC<br><br>Defendants. | Case No. 2:23-cv-1471<br><br>~~2:05-2025~~<br>**NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANT TRANS UNION LLC.** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to DEFENDANT TRANS UNION LLC only. Plaintiff requests that this Honorable Court allows sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** August 25, 2023

///

1  **Law Offices of Todd M. Friedman, P.C**

By:     s/Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
1150 First
Avenue, Suite 501
King of Prussia, PA 19406
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on August 25, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on August 25, 2023 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Todd M. Friedman Esq.
Todd M. Friedman

Notice of Settlement - 3